Ralph FIREBAUGH, Appellant,

v.

Donald WILKERSON, et al., Repsondent.

No. WD 75350.

Missouri Court of Appeals, Western District.

Oct. 29, 2013.

John M. McFarland, Kansas City, MO, Thomas E. Hankins, Gladstone, MO, for appellant.

Alan M. Dietchman, Liberty, MO, for respondent.

Before Division One: MARK D. PFEIFFER, P.J., and VICTOR C. HOWARD and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Appellant Ralph Firebaugh sued Respondents Reece & Nichols, Aubrey Ziller, and Donald and Carolyn Wilkerson for alleged misrepresentations made in connection with the sale of real property to Firebaugh in Spring 2008. The trial court granted summary judgment to all Respondents. Firebaugh appeals. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

Horace Cortez JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75556.

Missouri Court of Appeals, Western District.

Oct. 29, 2013.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, Presiding, ALOK AHUJA, Judge and CYNTHIA L. MARTIN, Judge.

**ORDER**

PER CURIAM:

Horace Johnson appeals from the motion court's judgment denying his Rule 29.15 motion. Johnson claims that the motion court clearly erred because he received ineffective assistance of counsel in that his trial counsel failed to request a jury instruction for endangering the welfare of a child in the second degree. We affirm. Rule 84.16(b).